IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Davidson,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV-06-99-PHX-ROS (JM)<br><br>**ORDER** |

On January 9, 2006, Plaintiff filed a civil rights complaint against Defendant. (Doc. 1) On May 30, 2006, Magistrate Judge Jacqueline Marshall issued a report and Recommendation ("R&R") recommending that the complaint be dismissed without prejudice. (Doc. 6) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1   of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2   made, the Court will adopt the R&R in full.
3       Accordingly,
4       **IT IS ORDERED** that the Report and Recommendation (Doc. 6) is **ADOPTED** and
5   this case is **DISMISSED WITH PREJUDICE**.

7   DATED June 27, 2006.

        Roslyn O. Silver
        United States District Judge

- 2 -